THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOK-
LYN CITY RAILROAD COMPANY et al., Respondents and
Appellants; *v.* B. G. NEFF et al., Composing the Board
of Assessors of the City of Brooklyn, Appellants and
Respondents.

*People ex rel. Brooklyn R. R. Co.* v. *Neff*, 19 App. Div. 590, affirmed.
(Argued November 22, 1897; decided December 7, 1897.)

CROSS-APPEALS from an order of the Appellate Division of
the Supreme Court in the second judicial department, entered
August 3, 1897, which affirmed an order of Special Term set-
ting aside an assessment made upon the capital stock of the
relator and directing a reassessment.

*Joseph A. Burr* for defendants.

*Henry Yonge*, for relators.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., not sitting.

---

SAMUEL E. DALE, Appellant, *v.* LEONARD F. HEPBURN et al., as
Executors of LOUISA F. HEPBURN, Deceased, Respondents.

*Dale* v. *Hepburn*, 11 Misc. Rep. 286, affirmed.
(Argued November 23, 1897; decided December 14, 1897.)

APPEAL from a judgment of the Court of Common Pleas
for the city and county of New York, entered February 28,
1895, upon an order overruling plaintiff's exceptions to the dis-
missal of the complaint on the trial, ordered to be heard in
the first instance at General Term, and directing judgment for
defendant.

*J. Noble Hayes* for appellant.

*Wm. S. Cogswell* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur.